# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **STUART WAYNE TOMPKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 1:10CV978 |
| ) | |
| **JOEL HERRON, et al.,** ) | |
| ) | |
| **Defendant(s).** ) | |

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff's motions for discovery and to stay (Docket Nos. 20 and 22) are **DENIED** since no discovery period has been established at this time and there is no adequate ground for a stay.

**IT IS FURTHER RECOMMENDED** that Plaintiff's motion for a temporary restraining order and a preliminary injunction (Docket No. 21) be denied for lack of good cause.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: February 22, 2011